ERIC D. HOUSER (SBN 130079)
GABRIEL OZEL (SBN 269098)
HOUSER & ALLISON, APC
Carlsbad Pacific Center 1
701 Palomar Airport Road, Suite 200
Carlsbad, California 92011
Telephone:    (760) 603-9664
Facsimile:    (760) 603-9668
E-Mail: gozel@houser-law.com

Attorneys for Defendant, Ocwen Loan Servicing, LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KIRSTEN,<br><br>              Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1 through 20, Inclusive,<br><br>              Defendants. | Case No. 2:13-CV-01215-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; DECLARATION OF GABRIEL OZEL IN SUPPORT THEREOF**<br><br>DATE:  August 21, 2013<br>TIME:  9:30 a.m.<br>COURTROOM: 6 |

      Pursuant to Federal Rule of Evidence 201, Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), will and hereby does submit the following Request for Judicial Notice in support of its Motion to Dismiss Plaintiff, David Kirsten's ("Plaintiff") Complaint. The following documents are proper for judicial notice as they are publicly recorded documents, referenced in Plaintiff's Complaint, and/or central to the allegations of Plaintiff's Complaint. *See Branch v.*

*Tunnel*, 14 F.3d 449, 454 (9th Cir. 1994). Accordingly, Ocwen respectfully requests the Court to take judicial notice of the following documents:

1. Attached as **Exhibit 1** is a copy of the Deed of Trust recorded on August 29, 2008, in the San Joaquin County Recorder's Office as Document No. 2008-141937.

2. Attached as **Exhibit 2** is a copy of the Notice of Default recorded on March 2, 2012, in the San Joaquin County Recorder's Office as Document No. 2012-026680.

3. Attached as **Exhibit 3** is a copy of the Assignment of Deed of Trust assigning all interest in the note and Deed of Trust to Ocwen, recorded on February 21, 2012, in the San Joaquin County Recorder's Office as Document No. 2012-020850.

4. Attached as **Exhibit 4** is a copy of the Substitution of Trustee recorded on March 2, 2012, in the San Joaquin County Recorder's Office as Document No. 2012-022679.

5. Attached as **Exhibit 5** is a copy of the Rescission of Notice of Default recorded on April 16, 2012, in the San Joaquin County Recorder's Office as Document No. 2012-047175.

Dated: July _/_, 2013                                   **HOUSER & ALLISON**
                                                        A Professional Corporation

                                                        By: */s/ Gabriel Ozel*
                                                        Gabriel Ozel
                                                        Attorneys for Defendant,
                                                        Ocwen Loan Servicing, LLC

## AUTHENTICATING DECLARATION OF GABRIEL OZEL

I, Gabriel Ozel, declare as follows:

1. I am an attorney at law duly licensed to practice in California and before the above-entitled Court. I am an attorney with the law firm of Houser & Allison, A Professional Corporation, counsel of record for Defendant, Ocwen Loan Servicing, LLC ("Ocwen"). I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify as to those facts.

2. The documents attached hereto with Ocwen's Request for Judicial Notice ("RJN") as Exhibits 1 through 5 are true and correct copies of instruments on record with the Office of the San Joaquin County Recorder.

3. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed this 1 day of July, 2013 in Carlsbad, California.

*/s/ Gabriel Ozel*
Gabriel Ozel

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS
COUNTY OF SAN DIEGO     )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 701 Palomar Airport Drive, Suite 200, Carlsbad, California 92011

On July 1, 2013, I served the following document(s) described as follows:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT; DECLARATION OF GABRIEL OZEL IN SUPPORT THEREOF**

On the following interested parties in this action:

MICHAEL A. FLUETSCH
KIRSTINA L. FLUETSCH
115 W. Walnut St. Suite 3
Lodi, CA 95240
*Attorney for Plaintiff*

[ X ]   BY ELECTRONIC MAIL: I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on July 1, 2013, at Carlsbad, California.

/s/ Gabriel Ozel
Gabriel Ozel

1