MICHAEL A. FLUETSCH (SBN 160895)
KRISTINA L. FLUETSCH (SBN 169233)
FLUETSCH & FLUETSCH
115 W. Walnut Street, Ste. 3
Lodi, California 95240-3533
Telephone (209) 367-8888
Facsimile (209) 367-8884

Attorneys for Plaintiff David Kirsten

**FILED**

OCT 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID KIRSTEN, | Case No. 2:13-CV-01215-JAM-KJN |
| Plaintiff, | **STIPULATION FOR ENTRY OF DISMISSAL AND ORDER** |
| Vs. | |
| OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1 through 20 inclusive, | MAF-003 |
| Defendants. | |

THE PARTIES HEREIN, THROUGH THEIR ATTORNEYS OF RECORD, ENTER INTO THE FOLLOWING STIPUATION:

The complaint on file herein shall be dismissed, with prejudice, with each party to bear their own fees and costs.

///

1 – Stipulation for Entry of Dismissal; Order

IT IS SO STIPULATED.

Dated: October 8, 2013                          FLUETSCH & FLUETSCH

By: _____
Kristina L. Fluetsch
Attorneys for Plaintiff

Dated: October 7, 2013                          HOUSER & ALLISON APC

By: _____
Eric D. Houser
Gabriel Ozel
Attorneys for Defendant

## ORDER

Based on the stipulation and agreement of the parties herein, the entire action of all parties and all causes of action is hereby dismissed, with prejudice, with each party to bear their own fees and costs.

Dated: October 9, 2013

_____
Hon. John A. Mendez
United States District Court
Eastern District of California